BRIAN BAKER, )
)
    Plaintiff, ) No. 1:09-CV-0058
)
vs. ) JUDGE HAYNES
)
TERMINIX, INC., and MICHAEL )
ROLMAN, )
    Defendants. )

## AGREED ORDER TO STAY LITIGATION AND COMPEL ARBITRATION

By agreement of the parties, as indicated by the signatures of counsel below, all claims and defenses by and between the parties shall be adjudicated through arbitration, and that the above-captioned action shall be and is hereby stayed pending the completion of such arbitration.

All other matters are reserved.

It is so ORDERED, ADJUDGED and DECREED this 17 day of May, 2010.

                                        DISTRICT JUDGE WILLIAM J. HAYNES