IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN BAKER,                        )
                                    )
           Plaintiff,               )    No. 1:09-CV-0058
                                    )
vs.                                 )    JUDGE ECHOLS
                                    )    Magistrate Judge Bryant
TERMINIX, INC. and MICHAEL          )
ROLMAN,                             )
                                    )
           Defendants.              )

*ORDER — This motion is DENIED as moot. See DE No. 24. [illegible signature] 5-20-10*

PLAINTIFF'S MOTION TO COMPEL MEDIATION/ARBITRATION AND STAY JUDICIAL PROCEEDINGS

Comes the Plaintiff, Brian Baker, and files this Motion to Compel Mediation/Arbitration and Stay Judicial Proceedings.

On April 1, 2010, Plaintiff received Defendants' response to Plaintiff's First Request for Production of Documents. As part of their response, Defendants produced an Employment Agreement that was signed by the Plaintiff and a Terminix representative. This Employment Agreement, which is attached as Exhibit A, states, in part:

> The Employer and Employee agree that, to the fullest extent permitted by law, any and all disputes between them *will* be submitted to mediation upon terms mutually agreeable to both parties. In the event the parties do not resolve such controversies through mediation, then the Employer and Employee agree that, to the fullest extent permitted by law, any and all controversies between them *will* be submitted for binding arbitration in accordance to the attached Arbitration Agreement...
>
> **The Employee and Employer expressly waive their entitlement, if any, to have controversies between them decided by a court or jury.**

*See* Exhibit A, Defendant's Bates Stamp 0082, Section 5 "Agreement to Mediate and Arbitrate" (emphasis added). The referenced Arbitration Agreement recognizes that the agreement will be governed and construed in accordance with the Federal Arbitration Act. *See* Exhibit B, Defendants' Bates Stamp 0066, "Terminix Arbitration Agreement."

Case 1:09-cv-00058   Document 18   Filed 04/21/10   Page 1 of 5 PageID #: 48

Case 1:09-cv-00058   Document 25   Filed 05/20/10   Page 1 of 1 PageID #: 71